FILED

03/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0178

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 21-0178

CITY OF KALISPELL,

 Plaintiff and Appellee,

v.

GORDON THOMAS LEWIS ZUNDEL,

 Defendant and Appellant.

**ORDER**

Upon consideration of Defendant and Appellant's Motion To Supplement The Record, Stay The Briefing Schedule And Extend The Deadline For Filing Of Appellant's Brief, and with good cause shown,

IT IS ORDERED that Appellant's Motion is GRANTED. The following shall be placed in the file of this Court in this cause:

**Initial Statement of Rights, City of Kalispell v. Gordon Zundel, CR2020-0043, May 18, 2020;**

Upon completion of the record, the Clerk of the Kalispell Municipal Court shall serve one copy, in PDF format, to the Supreme Court on CD-ROm, one copy to Appellant's counsel via e-mail at birdsonglaw@gmail.com and one copy to the Attorney General via e-mail at DOJSupremeCourtFilings@mt.gov.

The clerk of court shall submit the bill for services, if any, to http://opdclaims.mt.gov and include the transcript worksheet found at the claims submission portal. For further guidance on billing, e-mail KimHarrison@mt.gov.

IT IS FURTHER ORDERED that the briefing schedule is STAYED pending Supplementation of the record. Appellant shall file a status report with the Court if the supplemental documents are not prepared and submitted within 21 days of this Order. Appellant shall have seven (7) days after receipt of the supplemental documents in which to file Appellant's opening brief.

The Clerk shall serve a copy of this Order upon the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 28 2022